FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO RODRIGUEZ,<br><br>        Petitioner,<br><br>    vs.<br><br>G.J. JANDA, Warden,<br><br>        Respondent. | Case No. EDCV 12-1913-MMM (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition is denied, Petitioner's request for an evidentiary hearing is denied, and Judgment be entered dismissing this action with prejudice.

DATED: June 18, 2013

MARGARET M. MORROW
U.S. DISTRICT JUDGE