JS-6 / ENTERED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO RODRIGUEZ, | Case No. EDCV 12-1913-MMM (JPR) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| G.J. JANDA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 18, 2013

MARGARET M. MORROW
U.S. DISTRICT JUDGE