JS-6 / ENTERED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ALFREDO RODRIGUEZ,

              Petitioner,

    vs.

G.J. JANDA, Warden,

              Respondent.

) Case No. EDCV 12-1913-MMM (JPR)
)
)
)       J U D G M E N T
)
)
)
)
)
)

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 18, 2013

_____
MARGARET M. MORROW
U.S. DISTRICT JUDGE