JS-6 / ENTERED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO RODRIGUEZ,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>G.J. JANDA, Warden,<br><br>　　　　Respondent. | Case No. EDCV 12-1913-MMM (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 4, 2014

MARGARET M. MORROW
U.S. DISTRICT JUDGE